# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

143581

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PETER WALTER MACUGA II,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143581
COA: 296893
Wayne CC: 09-000846-FH

On order of the Court, the application for leave to appeal the June 28, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

h1219